AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

Elan Corporation, plc,
             Plaintiff,

V.

IntelliPharmaCeutics Corporation,
IntelliPharmaCeutics Ltd., and
Par Pharmaceutical, Inc.,
             Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-603

TO: (Name and address of Defendant)

    IntelliPharmaCeutics Ltd.
    c/o Corporate Service Bureau Inc.
    3500 South DuPont Highway
    Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Jack B. Blumenfeld
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE  19899-1347

an answer to the complaint which is served on you with this summons, within __20 (twenty)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO           10/1/07

CLERK                                    DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 10/03/07 |
| NAME OF SERVER (PRINT)<br>KEVIN S. DUNN | TITLE | Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by hand delivering a copy of the summons and complaint to IntelliPharmaCeutics Ltd. c/o Corporation Service Bureau Inc., 3500 South DuPont Highway, Dover, DE 19901 Accepted by: Barbra Burkhert

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/03/07
          Date

*Signature of Server*   KEVIN S. DUNN
Brandywine Process Servers
P.O. Box 1360
Wilmington, DE 19899
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.