IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.<br><br>    Plaintiffs,<br> v.<br><br>INTELLIPHARMACEUTICS CORPORATION,<br>INTELLIPHARMACEUTICS LTD. and<br>PAR PHARMACEUTICAL, INC.<br><br>    Defendants. | C.A. No. 07-603 (SLR)<br>CONSOLIDATED |
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>    Plaintiffs,<br> v.<br><br>ACTAVIS SOUTH ATLANTIC LLC,<br><br>    Defendant. | C.A. No. 07-679 (SLR) |

**STIPULATION AND ORDER**

    Whereas, plaintiffs, Elan Corporation plc and Elan Pharma International Ltd, and defendants, Intellipharmaceutics Corporation, Intellipharmaceutics Ltd and Par Pharmaceutical, Inc. (collectively, the "IPC defendants") have reached an agreement to settle their action subject to a regulatory review period, it is hereby stipulated and agreed that:

    (1)  The action among the above-named parties, C.A. No. 07-603 (SLR), is stayed for forty-five (45) days to permit review of the settlement agreement by certain government authorities; and

    If a stipulation of dismissal has not been filed within 45 days, the parties shall contact the Court to report on the status of the settlement.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER |
| /s/ Maryellen Noreika | /s/ Steven J. Fineman |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>Richard J. Bauer (#4828)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>iblumenfeld@mnat.com<br>mnoreika@mnat.com<br>rbauer@mnat.com<br><br>*Attorneys for Plaintiff*<br>*Elan Corporation, plc and Elan Pharma International Ltd.* | Frederick L. Cottrell, III (#2555)<br>Steven J. Fineman (#4025)<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>fineman@rlf.com<br><br>OF COUNSEL:<br><br>F.T. Alexandra Mahaney<br>WILSON, SONSONI, GOODRICH & ROSATI, PC<br>12235 El Camino Real<br>Suite 200<br>San Diego, Ca 92130<br>(858)-350-2300<br><br>Daniel G. Brown<br>WILSON, SONSONI, GOODRICH & ROSATI, PC<br>1301 Avenue of the Americas<br>New York, NY 10019<br>(212)-999-5800<br><br>*Attorneys for Defendants IntelliPharmaCeutics Corp., IntelliPharmaCeutics Ltd. and Par Pharmaceutical, Inc.* |

SO ORDERED this _____ day of March 2010.

_____ J.